UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ELISE UMBARGER KLUMPE,<br><br>Plaintiff,<br><br>vs.<br><br>EMPOWERME CCE, P.C.<br><br>Defendant. | Case No: 2:25-CV-02219-EFM-BGS |

**PLAINTIFF'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE A MOTION TO COMPEL REGARDING DEFENDANT'S RESPONSES TO FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION**

Plaintiff, by and through undersigned counsel, hereby moves for a second extension of time by which Plaintiff may file a motion to compel regarding the responses and objections of Defendant Empowerme CCE, P.C. to Plaintiff's First Request for Production, and Interrogatories to Defendant. Plaintiff requests that her time period to file a motion to compel be extended to and including January 12, 2026. In support of said motion, Plaintiff states:

1. Plaintiff served her First Interrogatories and First Request for Production of Documents (the "Discovery Requests") on Defendants on August 29, 2025.

2. Defendants provided its responses to these discovery requests on October 22, 2025, after mutually agreed upon extensions.

3. Plaintiff initially identified outstanding discovery issues for the parties to resolve and sent these issues to Defendant in a Golden Rule Letter on October 28, 2025 and the Parties conferred about these issues on November 14, 2025.

4. Plaintiff's motion to compel was originally due November 21, 2025, and Plaintiff requested her first extension, which the Court granted on November 18, 2025.

5. Defendants supplemented their discovery responses on December 5, 2025.

6. Plaintiff has identified outstanding discovery issues for the parties to resolve and the parties have been working diligently on resolving these issues.

7. Plaintiff's motion to compel is currently due December 22, 2025.

8. Plaintiff does not anticipate filing a motion to compel, but the parties need additional time to confer and work to attempt to resolve the remaining issues.

9. In order to preserve the ability of Plaintiff to file a motion to compel, if necessary, and in order to allow the Parties to engage in full communication regarding any discovery issues, Plaintiff requests an extension of time to file a motion to compel through January 12, 2026.

10. The requested extension will not unduly delay the proceedings and will not prejudice the parties.

11. Plaintiff's counsel has contacted Defendant's counsel regarding the requested extension, and Defendant's counsel does not object to the requested extension.

WHEREFORE, Plaintiff requests this Court enter a second order extending her time to file a motion to compel Defendant's responses to Plaintiff's First Interrogatories and First Request for Production, until and through January 12, 2026 and for any further relief the Court deems just and proper.

Respectfully submitted,

*<u>/s/ Sarah Liesen</u>*

Sarah Liesen, KS #26988
208 West Linwood Blvd.
Kansas City, MO 64111
Telephone: (816) 533-4976
Facsimile: (816) 463-8449
sliesen@elmlawkc.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 18th day of December, 2025, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Sarah Liesen
**ATTORNEY FOR PLAINTIFF**