UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| ELISE UMBARGER KLUMPE,<br><br>Plaintiff,<br><br>vs.<br><br>EMPOWERME CCE, P.C.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 2:25-CV-02219-EFM-BGS |

**JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES AND SUGGESTIONS IN SUPPORT**

Plaintiff Elise Umbarger Klumpe and Defendant EmpowerMe CCE, P.C., by and through respective counsel, and pursuant to Federal Rule 16(b)(4), respectfully request an Order from the Court extending the remaining scheduling order deadlines by two months. In support, the parties state as follows:

1. The Court entered its initial scheduling order on September 11, 2025 (Dkt. 11).

2. On February 10, 2026, the Court entered an order extending the remaining scheduling order deadlines by approximately three months (Dkt. 38).

3. The parties' jointly requested that extension to allow more time to resolve issues that arose during written discovery with respect to electronic document discovery. During a teleconference with the Court, the parties presented the Court with the parties' plan which included Defendant's retention of a third-party electronic discovery vendor and the parties' agreement to collaborate on refining search protocols to reduce the potential scope of documents.

4. The parties proceeded with the plan as presented to the Court. The following is a timeline of the parties' diligent efforts to resolve the electronic discovery issues:

a. On February 17, 2026, Defendant's counsel confirmed that the Defendant's initial document collection had been uploaded to the discovery vendor's platform and provided analysis regarding proposed searches;

b. On February 23, 2026, Plaintiff's counsel provided responses to Defendant's initial analysis;

c. On March 10, 2026, Defendant's counsel confirmed to Plaintiff's counsel completion of the privilege review;

d. On March 23, 2026, Defendant produced to Plaintiff the electronic documents and a privilege log;

e. On April 14, 2026, the parties' counsel conferred by telephone regarding Plaintiff's challenges to some of the privilege designations, some of the redactions in the production, and Plaintiff requested that Defendant search further for certain personnel related documents.

f. On May 1, 2026, Defendant's counsel provided responses to the privilege designation challenges;

g. On May 4, 2026, Defendant supplemented the production to address some of the redaction issues;

h. On May 13, 2026, Defendant supplemented the production to respond to Plaintiff's requests for certain personnel related documents.

5. Although the parties reserve the right to challenge the scope of each other's productions, counsel agreed that the written discovery and document productions were sufficiently completed to allow the parties to proceed with depositions. As such, the parties have scheduled depositions of Plaintiff for June 18, 2026, and her former supervisor for June 24, 2026. Plaintiff anticipates the likelihood of a corporate representative deposition, the topics for which are to be determined based on the testimony for the June 24, 2026 deposition, and potentially a few other short depositions depending on the testimony and Defendant will need time to prepare a witness for those topics. Additional documents may also be identified through depositions.

6. Despite diligent efforts, the parties agree that discovery cannot be completed within the remaining deadlines because:

a. Defense counsel has a jury trial in Jackson County, Missouri, commencing on June 1, 2026, and is actively in trial preparation, which resulted in the above-referenced depositions being scheduled for later June 2026;

b. Defense counsel is out of town during the weeks of June 29, 2026 and July 27, 2026;

c. Plaintiff's counsel's office is currently short a staff member, causing a backlog in cases and counsel is in the process of hiring; and

d. Plaintiff's counsel is out of town July 2, 2026 - July 13, 2026 .

7. The parties jointly request a modest extension of two months for the remaining deadlines because:

a. The parties are unable to conduct the depositions prior to the current June 9, 2026 discovery deadline;

b. The June 23, 2026 pretrial order is due prior to the completion of the scheduled depositions and the July 1, 2026 pretrial conference will take place before discovery is complete. The parties will not have adequate time to discuss stipulations or detail their factual and legal contentions; and

c. The July 20, 2026 dispositive motion deadline will require Defendant to file its summary judgment motion before anticipated discovery is complete. This would prejudice Defendant by requiring Defendant to detail its summary judgment arguments before depositions are completed. In this respect, Defendant submits that it assumed considerable expense in retaining a discovery vendor and in facilitating the production of documents in order to resolve discovery issues without requiring Court intervention. Defendant respectfully requests that it not be prejudiced by its diligent efforts to facilitate document productions by being required to prematurely file its summary judgment motion.

8. Good cause for an extension therefore exists.

9. Defendants request that the Court enter an order extending the remaining discovery deadlines as follows:

| Event | Current | Proposed |
|---|---|---|
| Supplementation of initial disclosures | April 30, 2026 | June 30, 2026 |
| All discovery completed | June 9, 2026 | August 10, 2026 |
| Proposed pretrial order due | June 23, 2026 | August 24, 2026 |
| Pretrial conference | July 1, 2026<br>10:00 a.m. | To be reset |
| Dispositive motions | July 20, 2026 | September 21, 2026 |

WHEREFORE, the parties jointly request that the Court grant this motion, enter an Order extending the deadlines as requested herein, and grant such further relief that the Court deems just and proper.

Respectfully submitted,

By: /s/ *Sarah Liesen*
Sarah Liesen #26988
208 West Linwood Blvd.
Kansas City, Missouri 64111
Telephone: 816.533.4976
Fax: 816.463.8449
sliesen@elmlawkc.com

By: /s/ *Kevin W. Prewitt*
Tyson H. Ketchum #21129
Kevin W. Prewitt #26209
ARMSTRONG TEASDALE LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Telephone: 816.221.3420
Fax: 816.221.0786
tketchum@atllp.com
kprewitt@atllp.com

*Attorneys for Defendant*